FILED

08/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0533

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## SUPREME COURT CASE NO. DA 19-0533

NATIONAL INDEMNITY COMPANY,

        Plaintiff/Appellant/Cross-Appellee,

  *vs.*

STATE OF MONTANA,

        Defendant/Appellee/Cross-Appellant,

  *and*

TERRY JELLESED, et al.,

        Intervenors.

---

## ORDER GRANTING APPELLEE/CROSS-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

---

Upon consideration of Appellee/Cross-Appellant State of Montana's Unopposed Motion for Extension of Time of 30 Days to File Reply Brief, for good cause, and there being no opposition, Appellee/Cross-Appellant State of Montana is GRANTED an extension of time of 30 days to file and serve its Reply Brief concerning its cross-appeal issues, which shall be due on or before September 21, 2020.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 12 2020